UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAMUEL ALICEA :
: CA. No. 05-124T
v. : CR. No. 03-068T
:
UNITED STATES OF AMERICA :

GOVERNMENT'S MOTION TO EXTEND TIME
TO RESPOND TO PETITIONER'S MOTION
UNDER 28 U.S.C. § 2255

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, hereby move the Court to extend the time by which the government must file its response to petitioner's motion under 28 U.S.C. § 2255 for one month. The grounds for this request are set forth in the attached memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

GRANTED
Ernest C. Torres
Chief, US District Judge
4/28/05

4

**CERTIFICATION OF SERVICE**

I hereby certify that on this 25th day of April, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Extend Time, to the following:

Samuel Alicea
#05333-070
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

[signature]