# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SAMUEL ALICEA,
PETITIONER,

v. C.A. No. 05-124T

UNITED STATES OF AMERICA,
RESPONDENT.

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to the May 15th, 2007 Memorandum and Order of this Court, judgment hereby enters as follows: Petitioner Samuel Alicea's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED and judgment hereby enters in favor of respondents the United States of America and against petitioner Samuel Alicea.

Enter:

Deputy Clerk

Dated: May 16th, 2007